[No. 9379.  Department One. — September 28, 1886.]

## ARCATA AND MAD RIVER RAILROAD COMPANY, RESPONDENT, *v.* WILLIAM MURPHY ET AL., APPELLANTS.

ACTION TO CONDEMN LAND — MEASURE OF DAMAGES — MARKET VALUE OF LAND — INSTRUCTION. — In an action to condemn land as a right of way for a railroad, where no evidence is given of an increase in the value of the land between the commencement of the action and the trial, an instruction that in assessing the damages the jury should consider the market value of the land on the day after the action was commenced is not erroneous.

APPEAL from a judgment of the Superior Court of Humboldt County, and from an order refusing a new trial.

The facts are stated in the opinion of the court.

*J. D. H. Chamberlin,* for Appellants.

*J. J. De Haven,* and *W. M. Tirtlot,* for Respondent.

The COURT. — Action to condemn land for a right of way for a railroad. Plaintiff had judgment, and defendants appealed.

Defendants were permitted to give and did give evidence as to the value of the land as a bridge site; therefore no error was committed in that regard of which the defendants can complain.

The complaint was filed April 11, 1883. The trial was had June 5, 1883. The court instructed the jury to consider the market value of the land April 12, 1883. There was no evidence that there had been an increase in the intrinsic value of the land between the commencement of the action and the trial; therefore it is immaterial whether or not the instruction was correct in point of time.

We see no error; the judgment and order are affirmed.